UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE  :
EXTRADITION OF MARY BETH  :   5:mJ-08-109
HARSHBARGER  :
 :

COMPLAINT

TO THE HONORABLE COURT:

Christian A. Fisanick, being duly sworn, deposes and states that I am an Assistant United States Attorney for the Middle District of Pennsylvania, and charge on information and belief as follows:

1. That, in the above matter, I act for and on behalf of the Government of Canada.

2. That, Marty Beth Harshbarger is duly and legally charged with having committed the following crimes:

On or about September 14, 2006, in a remote area near the town of Buchans Junction, Newfoundland and Labrador, did unlawfully shoot and kill another person, to wit: her husband, Mark Harshbarger, contrary to the Criminal Code of Canada, sections 219(1) and 220 (relating to criminal negligence causing death) and sections 86(1) and 86(3)(a) (relating to careless use of a firearm), both indictable offenses under Canadian law.

3. That Mary Beth Harshbarger is duly and legally charged with the aforementioned crimes in violation of the Criminal Code of Canada, and that a warrant for the arrest of Mary Beth Harshbarger was issued on April 30, 2008, by Justice of the Peace Pamela Arnold at Grand Falls-Windsor, Newfoundland and Labrador.

4. That said Mary Beth Harshbarger fled outside the boundaries of Canada and is within the United States, at RR 3, Box 331, Meshoppen, Pennsylvania, within the jurisdiction of this

Court.

5. That said Mary Beth Harshbarger is a citizen of the United States who was born on February 19, 1965, and is described as standing 160 centimeters tall and weighing 65 kilograms; she has green eyes.

6. That the crimes that said Mary Beth Harshbarger is charged with having committed in Canada are among the offenses enumerated in the Extradition Treaty between the United States of America and Canada and its amending Protocols.

7. That the immediate arrest of Marty Beth Harshbarger is covered under the Extradition Treaty.

8. That a regular diplomatic request for the extradition of the said Mary Beth Harshbarger has been made in conformity with said treaty, and the complete papers upon which the demand for extradition is founded are being presented to the Court simultaneously with this Complaint.

WHEREFORE, your complainant requests that a warrant be issued pursuant to Title 18, United States Code, Section 3184, for the arrest of Mary Beth Harshbarger; that she be brought before this Court and that evidence of criminality heard; that an order be issued for the extradition of the said Mary Beth Harshbarger; that the Court certify to the Secretary of State the same for the surrender of Mary Beth Harshbarger to the authorities of Canada according to the stipulations of the Extradition Treaty; and for such other actions as the Court at the time may be required to take under the provisions of the treaty and the laws of the United States.

_____
Christian A. Fisanick
Assistant U.S. Attorney
Chief of the Criminal Division

Date: 12/5/08

## VERIFICATION

I, Christian A. Fisanick, being first duly sworn, depose and say that I am an Assistant United States Attorney for the Middle District of Pennsylvania, and the foregoing is made on the basis of information furnished by Canadian authorities and United States diplomatic authorities and upon the basis of such information is true as I verily believe.

                                            Christian A. Fisanick
                                            Assistant U.S. Attorney
                                            Chief of the Criminal Division

Subscribed and sworn to before me
this 5th day of December, 2008