UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE           :
EXTRADITION OF MARY BETH       :    5:MJ-08-109
HARSHBARGER                    :
                               :

      The Government of Canada hereby files its Request for Extradition of Mary Beth Harshbarger along with the formal papers supporting this Request, as required by Articles of the Extradition Treaty Between the United States of America and Canada and the Protocols amending the Extradition Treaty. The Government of Canada hereby request that Mary Beth Harshbarger be extradited pursuant to Title 18, United States Code, Section 3184.

      Respectfully submitted,

      Christian A. Fisanick
      Assistant United States Attorney
      Chief of the Criminal Division