UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SEALING ORDER  :  No. mj-08-109

:

:  (Mannion, J.)

:

:

## SEALING ORDER

**IT IS ORDERED, ADJUDGED AND DECREED** that the Clerk of Court provide the United States Attorney's Office with two (2) certified copies of these documents and thereafter keep these documents from public view until the Clerk has made appropriate docket entries.

**IT IS FURTHER ORDERED** that these documents only be opened by appropriate Court personnel of the Middle District of Pennsylvania in due course of performing the business of the Clerk's Office, after which the Clerk is ordered to seal this Order and all accompanying documents until:

[x] Shall remain sealed until notified in writing by the United States Attorney that there is no longer a necessity for the documents to be sealed.

MALACHY E. MANNION
United States Magistrate Judge

Date: December 5, 2008