•AO83 (Rev. 12/85) Summons in a Criminal Case                                    08-MJ-109

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me | 1/7/09 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: RD 3, Box 331, Meshoppen, PA 18630
Her place of residence

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  1/7/09                    M. Regan
          Date                      Name of United States Marshal

                                    A. Baerga
                                    (by) Deputy United States Marshal

Remarks:

FILED
SCRANTON

JAN 12 2009

PER  M. L. P.
     DEPUTY CLERK

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | PENNSYLVANIA |

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

IN THE MATTER OF THE EXTRADITION
MARY BETH HARSHBARGER

Case Number: 5:08-MJ-109

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court, Max Rosenn United States Courthouse<br>197 S. Main Street<br>Wilkes-Barre, PA 18701 | Courtroom #1 |
| | Date and Time |
| Before:   U.S. Magistrate Judge Malachy E. Mannion | Friday, January 16, 2009 at 11:00 a.m. |

To answer a(n)
   Indictment          Information      X   Complaint      ☐ Violation Notice      ☐ Probation Violation Petition

Charging you with a violation of Title ____18____ United States Code, Section(s) __3184__

Brief description of offense:

If you are unable to afford to retain counsel you may contact the Federal Public Defender's Office at 570-343-6285

_(signature)_
Signature of Issuing Officer

January 6, 2009
Date

Barbe H. Sempa, Deputy Clerk
Name and Title of Issuing Officer

2009 JAN -6 PM 4:54

USNS MIDDLE/PA
RECEIVED