**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | 5:MJ-08-109 |
| v | (MANNION, M.J.) |
| : | |
| **IN THE MATTER OF THE** | |
| **EXTRADITION OF** : | |
| **MARY BETH HARSHBARGER** | |

## ORDER

An initial appearance was held today on the above referenced matter. The following is the schedule set by the court.

1. Any and all briefs regarding the matter set forth above shall be filed on or before 5:00 p.m. on Monday, February 2, 2009.

2. An Extradition hearing will be held on Friday, February 13, 2009 at 11:00 a.m. in Courtroom #1 of the Max Rosenn United States Courthouse, 197 S. Main St., Wilkes-Barre, PA.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States Magistrate Judge**

**DATE: January 16, 2009**

O:\shared\ORDERS\MJ CASE ORDERS\08-mj-00109-02.wpd