IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE EXTRADITION  :   5:MJ-08-109
                                  :
OF MARY BETH HARSHBARGER          :   JUDGE MANNION
*********************************************************************************

## WILD LIFE REGULATIONS UNDER THE
## WILD LIFE ACT (O.C. 96-809), #42 CNLR 1156/96

*Wild Life Regulations*     CNR 1156/96

(2) A person shall not hunt, take or kill in an open season any big game other than the number, kind or sex named in his or her licence or designated in an order made under these regulations.

(3) A person who kills, cripples or wounds a big game animal shall immediately make all reasonable efforts to retrieve that animal.

17/84 s32

**Use of dogs**

40. (1) A person shall not use a dog for the purpose of hunting big game.

(2) A person shall not, while hunting small game with a dog, hunt, take or kill any big game and if the dog, accompanied by a person hunting small game, hunts, tracks, follows, pursues or worries big game, then that person shall be guilty of an offence.

(3) A person who owns a dog shall not permit the dog to chase or harass wild life.

(4) Notwithstanding subsection (3), dogs may be used to hunt and retrieve small game during the open seasons for that game.

17/84 s33;229/88 s11;183/90 s4

**Big game not to be molested while swimming**

41. A person shall not hunt, take, kill or molest any big game while the game is swimming.

17/84 s34

**Hunting at night**

42. (1) A person shall not make use of or take advantage of any artificial light or device involving the use of artificial light to hunt, take or kill any game.

(2) A person shall not hunt, take or kill big game during the period commencing one-half hour after sunset on any day ending and ending one-half hour before sunrise on the day next following.

17/84 s35