IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE EXTRADITION   :   5:MJ-08-00109

OF MARY BETH HARSHBARGER,   :   JUDGE MANNION
*********************************************************************************************

## ORDER

AND NOW, upon consideration of the Emergency Motion to Stay Certification and Order of Commitment,

IT IS HEREBY ORDERED that this Court's Certification of Extraditability & Order of Commitment dated March 4, 2009, be and is hereby stayed for a period of _____ days from and after this date so as to allow counsel for Mary Beth Harshbarger to file a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241.

_____M.J.