IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE EXTRADITION        :        5:MJ-08-00109

OF MARY BETH HARSHBARGER,               :        JUDGE MANNION
***************************************************************************************

CERTIFICATE OF NON-CONCURRENCE

PAUL P. ACKOUREY, ESQUIRE does hereby certify that on the 9TH day of March, 2009 he did seek the concurrence of Assistant US Attorney Christian A. Fisancik in the within Motion and that the said Assistant US Attorney does not concur in said motion.

/S/ PAUL P. ACKOUREY, ESQUIRE
PAUL P. ACKOUREY, ESQUIRE
ATTORNEY FOR DEFENDANT
116 NORTH WASHINGTON AVENUE
FIRST FLOOR, STE. 1E
SCRANTON, PA 18503
(570) 342-4242   FAX: (570) 342-8382
PA  ID#: 38506
lop45ackourey@epix.net