IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF EXTRADITION     :     5:MJ-08-00109

OF MARY BETH HARSHBARGER,        :     JUDGE  MANNION
*********************************************************************************

CERTIFICATE OF SERVICE

PAUL P. ACKOUREY, ESQUIRE, does hereby certify that on the 9th day of March, 2009, he did serve a true and correct copy of Defendant's Emergency Motion to Stay Certification and Order of Commitment upon the following individuals by US Mail, first class, postage prepaid and ecf addressed as follows:

> AUSA Attorney Christian A. Fisancik
> William J. Nealon Federal Building
> Washington & Linden Streets
> Scranton, PA 18503

BY: /s/ PAUL P. ACKOUREY, ESQUIRE
PAUL P. ACKOUREY, ESQUIRE
116 NORTH WASHINGTON AVENUE
FIRST FLOOR, STE. 1E
SCRANTON, PA 18503
(570) 342-4242 (FAX) 342-8382
PA BAR#: 38506
lop45ackourey@epix.net