# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

:

| | | |
|---|---|---|
| IN THE MATTER OF THE EXTRADITION OF | : | CRIM. NO. 5:08-MJ-00109 |
| MARY BETH HARSHBARGER | : | (MANNION, M.J.) |

:

## ORDER

On March 9, 2009, Mary Beth Harshbarger served a speaking motion stylized: "Emergency Motion to Stay Certification and Order of Commitment." (Doc. No. 21.) The Government has not concurred in this motion. (Doc. No. 21-3.) The Court understands this motion as a functional motion for reconsideration. *See* Fed. R. Civ. P. 60(b). Because Harshbarger's motion will become effectively moot on Friday, March 13, 2009, when under the terms of this Court's prior order, she must surrender herself, it is **HEREBY ORDERED**: that the Government respond to Harshbarger's motion by 5:00 p.m. on Wednesday, March 11, 2009.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States Magistrate Judge**

**DATE: March 9, 2009**
O:\shared\ORDERS\MJ CASE ORDERS\08-mj-00109-05.wpd