IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF EXTRADITION  :   5:MJ-08-00109

OF MARY BETH HARSHBARGER,  :   JUDGE MANNION

*************************************************************************************

## CERTIFICATE OF SERVICE

PAUL P. ACKOUREY, ESQUIRE, does hereby certify that on the 11th day of March, 2009, he did serve a true and correct copy of Defendant's Brief in Support of Emergency Motion to Stay Certification and Order of Commitment upon the following by ECF addressed as follows:

> AUSA Attorney Christian A. Fisancik
> William J. Nealon Federal Building
> Washington & Linden Streets
> Scranton, PA 18503

BY: /s/ PAUL P. ACKOUREY, ESQUIRE
PAUL P. ACKOUREY, ESQUIRE
116 NORTH WASHINGTON AVENUE
FIRST FLOOR, STE. 1E
SCRANTON, PA 18503
(570) 342-4242 (FAX) 342-8382
PA BAR#: 38506
lop45ackourey@epix.net